COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-20-00208-CV |
| Trial Court Cause Number: | 14-DCV-219641 |
| Style: | Sandeep Patel and ERCC Construction Company, LLC |
| | **v** Warwick Construction, Inc. |
| Date motion filed*: | March 29, 2022 |
| Type of motion: | Second Unopposed Motion for Extension of Time to File Response to Appellee's Motion for Rehearing |
| Party filing motion: | Appellants |
| Document to be filed: | Response to Appellee's Motion for Rehearing |

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

|  |  |
|---|---|
| Original due date: | 3/24/2022 |
| Number of previous extensions granted: | 0 |
| Date Requested: | 3/30/2022 |

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: 3/30/2022

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Peter Kelly
       ☒ Acting individually  ☐ Acting for the Court

Date: March 31, 2022